| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Greg Himes<br>7108 Katella Ave, #515<br>Stanton, CA  90680<br>Phone:  (714) 761-9735<br>Email:  gh@chlgroup.com<br><br><br>☒  *Individual appearing without attorney*<br>☐  Attorney for: | **FILED**<br>SEP 06 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Robert M. Gerstein, | CASE NO.: 1:19-bk-12082-VK<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br>**(ACTION IN NONBANKRUPTCY FORUM)** |
| Debtor(s). | DATE: *10/2/2019*<br>TIME: *9:30 Am*<br>COURTROOM: 301 |
| **Movant**:  Greg Himes, Secured Creditor | |

1.  **Hearing Location**:
    ☐  255 East Temple Street, Los Angeles, CA 90012          ☐  411 West Fourth Street, Santa Ana, CA 92701
    ☒  21041 Burbank Boulevard, Woodland Hills, CA 91367     ☐  1415 State Street, Santa Barbara, CA 93101
    ☐  3420 Twelfth Street, Riverside, CA 92501

2.  Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3.  To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                          Page 1                          **F 4001-1.RFS.NONBK.MOTION**

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (date) _____ and (time) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending. After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date:  09/05/2019

_____
Printed name of law firm (if applicable)

Greg Himes
_____
Printed name of individual Movant or attorney for Movant

*Greg Himes*
_____
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 2                        F 4001-1.RFS.NONBK.MOTION

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

1. **In the Nonbankruptcy Action, Movant is:**

    a. ☒ Plaintiff

    b. ☐ Defendant

    c. ☐ Other (specify):

2. **The Nonbankruptcy Action:** There is a pending lawsuit or administrative proceeding (Nonbankruptcy Action) involving the Debtor or the Debtor's bankruptcy estate:

    a. *Name of Nonbankruptcy Action*: Greg Himes DBA CHL Design Group v. Robert M. Gerstein

    b. *Docket number*: 14V03182, 13V02035, 13V02553, 14V11206

    c. *Nonbankruptcy forum where Nonbankruptcy Action is pending*:
    Los Angeles County Superior Court - Northwest District

    d. Causes of action or claims for relief (Claims):
    (case 14V03182) Defendant wrote 2 NSF checks of $2000 each + $1500 damages for each check = $7000
    (cases 13V02035, 13V02553, 14V11206) Unpaid retainer of $24,000

3. **Bankruptcy Case History:**

    a. ☒ A voluntary  ☐ An involuntary  petition under chapter  ☐ 7 ☒ 11 ☐ 12 ☐ 13
    was filed on (*date*)  09/10/2015 .

    b. ☐ An order to convert this case to chapter  ☐ 7 ☐ 11 ☐ 12 ☐ 13
    was entered on (*date*) _____ .

    c. ☒ A plan was confirmed on (*date*)  10/31/2017 .

4. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:

    a. ☐ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.

    b. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

    c. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

    d. ☐ The Claims are nondischargeable in nature and can be most expeditiously resolved in the nonbankruptcy forum.

    e. ☒ The Claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 3                        F 4001-1.RFS.NONBK.MOTION

f. ☐ The bankruptcy case was filed in bad faith.

   (1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

   (2) ☐ The timing of the filing of the bankruptcy petition indicates that it was intended to delay or interfere with the Nonbankruptcy Action.

   (3) ☐ Multiple bankruptcy cases affect the Nonbankruptcy Action.

   (4) ☐ The Debtor filed only a few case commencement documents.  No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

g. ☐ Other (specify):


5. **Grounds for Annulment of Stay.**  Movant took postpetition actions against the Debtor.

   a. ☐ The actions were taken before Movant knew that the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

   b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed in the Nonbankruptcy Action in prior bankruptcy cases affecting the Nonbankruptcy Action as set forth in Exhibit. _____.

   c. ☐ Other (specify):


6. **Evidence in Support of Motion:**  (*Important Note:  declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)

   a. ☒ The DECLARATION RE ACTION IN NONBANKRUPTCY FORUM on page 6.

   b. ☐ Supplemental declaration(s).

   c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims as set forth in Debtor's case commencement documents.  Authenticated copies of the relevant portions of the Debtor's case commencement documents are attached as Exhibit. _____.

   d. ☒ Other evidence (specify):
        Exhibit 1 - Judgments in Los Angeles County Superior Court cases 14V03182, 13V02035, 13V02553, 14V11206:  Exhibit 2 - Case 14V03182 Minute Order, Restraining Order, Assignment Orders

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**Movant requests the following relief:**

1. Relief from the stay pursuant to 11 U.S.C. § 362(d)(1).

2. ☐ Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

3. ☐ The stay is annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant in the Nonbankruptcy Action shall not constitute a violation of the stay.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                  Page 4                          F 4001-1.RFS.NONBK.MOTION

4. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified, or annulled as to the co-debtor, on the same terms and condition as to the Debtor.

5. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

6. ☐ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Nonbankruptcy Action.

7. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice

8. ☐ Other relief requested.

Date:  09/05/2019

_____
Printed name of law firm (*if applicable*)

Greg Himes
_____
Printed name of individual Movant or attorney for Movant

_____
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 5                        **F 4001-1.RFS.NONBK.MOTION**

## DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

I, (name of Declarant) Greg Himes_____, declare as follows:

1.  I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would
    competently testify thereto. I am over 18 years of age. I have knowledge regarding (Nonbankruptcy Action) because:

    ☒ I am the Movant.
    ☐ I am Movant's attorney of record in the Nonbankruptcy Action.
    ☐ I am employed by Movant as (title and capacity):
    ☐ Other (specify):

2.  I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain
    to the Nonbankruptcy Action. I have personally worked on books, records and files, and as to the following facts,
    I know them to be true of my own knowledge or I have gained knowledge of them from the business records of
    Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained
    in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate.
    Any such document was prepared in the ordinary course of business of Movant by a person who had personal
    knowledge of the event being recorded and had or has a business duty to record accurately such event. The
    business records are available for inspection and copies can be submitted to the court if required.

3.  In the Nonbankruptcy Action, Movant is:

    ☒ Plaintiff
    ☐ Defendant
    ☐ Other (specify):

4.  The Nonbankruptcy Action is pending as:

    a.  Name of Nonbankruptcy Action: Greg Himes DBA CHL Design Group v. Robert M. Gerstein
    b.  Docket number: 14V03182, 13V02035, 13V02553, 14V11206
    c.  Nonbankruptcy court or agency where Nonbankruptcy Action is pending:
        Los Angeles County Superior Court - Northwest District

5.  Procedural Status of Nonbankruptcy Action:

    a.  The Claims are:
        (14V03182) Defendant wrote 2 NSF checks of $2000 each + $1500 damages for each check = $7000.
        (13V02035, 13V02553, 14V11206) Unpaid retainer of $24,000. Defendant defaulted on Settlement
        Agreement in 14V11206. On July 12, 2019 Judge Shirley K. Watkins issued a Restraining Order and
        four Assignment Orders, effective 9/1/2019 in case 14V03182.

    b.  True and correct copies of the documents filed in the Nonbankruptcy Action are attached as Exhibit _1,2_.

    c.  The Nonbankruptcy Action was filed on (date) _04/15/2014_.

    d.  Trial or hearing began/is scheduled to begin on (date) _____.

    e.  The trial or hearing is estimated to require _____ days (specify).

    f.  Other plaintiffs in the Nonbankruptcy Action are (specify):

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                  Page 6                          F 4001-1.RFS.NONBK.MOTION

g. Other defendants in the Nonbankruptcy Action are (*specify*):

5. **Grounds for relief from stay:**

a. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

b. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

c. ☐ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate. The insurance carrier and policy number are (*specify*):

d. ☒ The Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy forum.

   (1) ☐ It is currently set for trial on (*date*) _____.

   (2) ☐ It is in advanced stages of discovery and Movant believes that it will be set for trial by (*date*) _____. The basis for this belief is (*specify*):

   (3) ☐ The Nonbankruptcy Action involves non-debtor parties and a single trial in the nonbankruptcy forum is the most efficient use of judicial resources.

e. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Nonbankruptcy Action.

   (1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

   (2) ☐ The timing of the filing of the bankruptcy petition indicates it was intended to delay or interfere with the Nonbankruptcy Action based upon the following facts (*specify*):

   (3) ☐ Multiple bankruptcy cases affecting the Property include:

     (A) Case name:
       Case number:              Chapter:
       Date filed:        Date discharged:       Date dismissed:
       Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                Page 7                **F 4001-1.RFS.NONBK.MOTION**

(B) Case name:

Case number:                              Chapter:

Date filed:              Date discharged:             Date dismissed:

Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

(C) Case name:

Case number:                              Chapter:

Date filed:              Date discharged:             Date dismissed:

Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Nonbankruptcy Action.

☐ See attached continuation page for additional facts establishing that this case was filed in bad faith.

f.  ☒ See attached continuation page for other facts justifying relief from stay.

6.  ☐ Actions taken in the Nonbankruptcy Action after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a.  ☐ These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b.  ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with the Nonbankruptcy Action enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____

c.  ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/05/2019 | Greg Himes | _Greg Himes_ |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                          Page 8                          **F 4001-1.RFS.NONBK.MOTION**

Continuation Sheet for Declaration Re Action in Nonbankruptcy Forum

Item 5. Grounds for relief from stay:

f.  Other facts justifying relief from stay.


All four of the cases listed (Los Angeles County Superior Court - Northwest District, cases 14V03182, 13V02035, 13V02553, 14V11206) date back to 2013 and 2014.

In case 14V03182, liens have been placed on Debtor's real and personal property.

On February 18, 2015, Debtor agreed to settle cases 13V02035, 13V02553 and 14V11206 for $12,000 - half of the $24,000 judgments awarded.  Debtor made six of 24 payments on the settlement agreement before filing for Chapter 11 bankruptcy on September 10, 2015.

Debtor has been in breach of the Settlement Agreement since September 10, 2015, a period of 4 years.  Debtor and his attorney have negotiated multiple subsequent Settlement Agreements, but failed to follow through.

Debtor filed for Chapter 11 bankruptcy protection in September 2015.  In December 2018, Debtor's Chapter 11 case was dismissed for failing to make payments.  Because of this, Creditor's collection efforts have been stalled for over 4 years.

In July 2019, in case 14V03182, the California court issued a Restraining Order, and four Assignment Orders, effective 9/1/2019, directing that 20% of all monies due and payable to Debtor, be paid to Greg Himes.  Debtor filed for Chapter 7 protection just prior to the effective date of the Assignment Orders.  The automatic stay in this case, would be in opposition to the orders of the California court.

California's "Enforcement of Judgments Law", as codified in California Code of Civil Procedure sections 680.010 through 724.260, provides ample and more expeditious remedies than the current proceedings in United States Bankruptcy Court.

# Exhibit 1

Case 14V03182 original complaint          p. 1
Case 14V03182 judgment                    p. 6
Case 13V02035 original complaint          p. 8
Case 13V02035 judgment                    p. 13
Case 13V02553 original complaint          p. 15
Case 13V02553 judgment                    p. 20
Case 14V11206 original complaint          p. 22
Case 14V11206 settlement agreement        p. 30

 **SC-100** ### Plaintiff's Claim and ORDER
to Go to Small Claims Court

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court Of California
County Of Los Angeles

**APR 15 2014**

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
L. Mitrosian

*Fill in court name and street address:*
Superior Court of California, County of
**LOS ANGELES SUPERIOR COURT**
**NORTHWEST DISTRICT - EAST BLDG**
**6230 SYLMAR AVENUE**
**VAN NUYS CA 91401**

*Clerk fills in case number and case name:*
**Case Number:**
14V03182

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*



| Trial Date → | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | JUN 12 2014 | 8:30 AM | NW- "Z" ROOM 800 | (310) |

Date: APR 15 2014        Clerk, by _____ , Deputy

SHERRI R. CARTER, Executive Officer/Clerk

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)

Exhibit 1 - page 1 of 30

Plaintiff *(list names):*   Greg Himes DBA CHL Design Group

Case Number:

**① The Plaintiff (the person, business, or public entity that is suing) is:**
Name:  Greg Himes DBA CHL Design Group                              Phone: ( 714 ) 761-9735
Street address: 7108 Katella Ave, #515                  Stanton          CA          90680
                 *Street*                                   *City*             *State*      *Zip*
Mailing address *(if different):*
                                   *Street*                  *City*             *State*      *Zip*

**If more than one Plaintiff, list next Plaintiff here:**
Name:                                                              Phone: (     )
Street address:
                 *Street*                                   *City*             *State*      *Zip*
Mailing address *(if different):*
                                   *Street*                  *City*             *State*      *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**② The Defendant (the person, business, or public entity being sued) is:**
Name: Robert M. Gerstein                                          Phone: ( 818 ) 700-0306
Street address: 25580 Prado De Las Bellotas        Calabasas        CA          91302
                 *Street*                                   *City*             *State*      *Zip*
Mailing address *(if different):* 28040 W. Harrison Parkway    Valencia        CA          91355
                                   *Street*                  *City*             *State*      *Zip*

**If more than one Defendant, list next Defendant here:**
Name:                                                              Phone: (     )
Street address:
                 *Street*                                   *City*             *State*      *Zip*
Mailing address *(if different):*
                                   *Street*                  *City*             *State*      *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**③ The Plaintiff claims the Defendant owes $ 7000.00                    .** *(Explain below):*
   a. Why does the Defendant owe the Plaintiff money? The Defendant wrote two company checks as
      president of GGB Medical Management Services, Inc. in the amount of $2000 each.  Both
      checks were refused by bank when presented for payment.  With $1500 damages per check.
   b. When did this happen? *(Date):* March 5, 2013
      If no specific date, give the time period: Date started: _____  Through: _____
   c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* Each check
      was $2000 + $1500 damages per check. ($2000 + $2000 + $1500 + $1500 = $7000)

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at
   the top.*

Revised January 1, 2012                      **Plaintiff's Claim and ORDER
                                             to Go to Small Claims Court
                                             (Small Claims)**                      SC-100, Page 2 of 5
                                                                                         →

Exhibit 1 - page 2 of 30

Plaintiff *(list names):* Greg Himes DBA CHL Design Group

| Case Number: |
| --- |
| |

**④ You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No

*If no, explain why not:* _____

**⑤ Why are you filing your claim at this courthouse?**

**This courthouse covers the area** *(check the one that applies):*

a. ☑ (1) Where the Defendant lives or does business.
(2) Where the Plaintiff's property was damaged.
(3) Where the Plaintiff was injured.
(4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

**⑥ List the zip code of the place checked in ⑤ above** *(if you know):* 91311 _____

**⑦ Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**⑧ Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**⑨ Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No    *If yes, the filing fee for this case will be higher.*

**⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**⑪** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 4/15/2014    Greg Himes
_____        ▶ *Greg Himes*
*Plaintiff types or prints name here*        *Plaintiff signs here*

Date: _____        ▶
_____
*Second Plaintiff types or prints name here*        *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised January 1, 2012        **Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**        SC-100, Page 3 of 5    ➔

Exhibit 1 - page 3 of 30

## SC-100    Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare*.

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms*.

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see:
*www.courts.ca.gov/smallclaims/appeals*.

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.



**Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor*.

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)

Exhibit 1 - page 4 of 30

## SC-100    Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en:
*www.courts.ca.gov/reclamosmenores/preparese.*

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations.* Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo inglés bien?**
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota si desea emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

**¿Dónde puedo obtener los formularios de la corte que necesito?**
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)
- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación.* Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

**¿Tengo otras opciones?**
Sí. Si lo están demandando, puede:
- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado.* Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?**
Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) *o*
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en:
*www.courts.ca.gov/reclamosmenores/asesores.*

*Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

**Reclamo del Demandante y ORDEN
Para Ir a la Corte de Reclamos Menores**
(Reclamos Menores)

SC-100, Page 5 of 5

Exhibit 1 - page 5 of 30

NORTHWEST DISTRICT    (-19498- )
VAN NUYS COURTHOUSE EAST
6230 SYLMAR AVENUE, VAN NUYS, CA    91401

SMALL CLAIMS CASE NO: LAV 14V03182

**- NOTICE TO ALL PLAINTIFFS AND DEFENDANTS -**

Your small claims case has been decided.  If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court.  Read the back of this sheet for important information about your rights.

*- AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS -*

*Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de la corte. Lea el reverso de este formulario para obtener informacion de importancia acerca de sus derechos.*

| PLAINTIFF/DEMANDANTE | DEFENDANT/DEMANDADO |
|---|---|
| HIMES, GREG  DBA  CHL DESIGN GROUP | GERSTEIN, ROBERT M. |
| 7108 KATELLA AVE #515<br>STANTON, CA 90680<br>(714) 761-9735 | 25580 PRADO DE LAS BELLOTAS<br>CALABASAS, CA 91302<br>(818) 700-0306 |

### NOTICE OF ENTRY OF JUDGMENT

JUDGMENT WAS ENTERED AS STATED BELOW ON (DATE):    *06/12/2014*

Defendant  *(name, if more than one):*
    GERSTEIN, ROBERT M.

shall pay plaintiff  *(name, if more than one):*
    HIMES, GREG  DBA  CHL DESIGN GROUP

$ 7000.00   principal and $ 145.00   costs on plaintiff's claim.

THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ISSUED BY THIS OFFICE ON _____ OF RECORD.

ATTEST _____

SHERRI R. CARTER, Executive Officer/Clerk of the Superior Court of California, County of Los Angeles.

By _____, Deputy

Monique Dillard

Other (specify):    UNCONTESTED

Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
EXHIBITS, IF ANY, WILL BE DESTROYED AT THE END OF 60 DAYS FROM EXPIRATION OF APPEAL TIME.

**CLERK'S CERTIFICATE OF MAILING -**  I certify that I am not a party to this action.  This NOTICE OF ENTRY OF JUDGMENT was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.
Place of mailing: VAN NUYS, CALIFORNIA.
Date  of mailing: 06/12/2014

SHERRI R. CARTER, Executive Officer/Clerk
By TRACY KINCHELOE , Deputy

- The county provides small claims advisor services free of charge. Read the information sheet on the reverse. -
SC-130 (Rev. 7/1/10)    NOTICE OF ENTRY OF JUDGMENT (Small Claims)    Page 1 of 2

Exhibit 1 - page 6 of 30

## INFORMATION AFTER JUDGMENT / INFORMACION DESPUES DEL FALLO DE LA CORTE

Your small claims case has been decided. The **judgment** or decision of the court appears on the front of this sheet. The cou[r] may have ordered one party to pay money to the other party. The person (or business) who won the case and who can collect the money is called the **judgment creditor.**

The person (or business) who lost the case and who owes the money is called the **judgment debtor.** Enforcement of the judgment is postponed until the time for appeal ends or until the appeal is decided. This means that the judgment creditor cann[ot] collect any money or take any action until this period is over. Generally, both parties may be represented by lawyers after judgment.

### IF YOU LOST THE CASE . . .

1. If you lost the case on your own claim and the court did not award you any money, the courts decision on your claim is **FINAL.** You may not appeal your own claim.

2. If you lost the case and the court ordered you to pay money, your money and property may be taken to pay the claim unless you do one of the following things:

#### a. PAY THE JUDGMENT
The law requires you to pay the amount of the judgment. You may pay the judgment creditor directly, or pay the judgment to the court for an additional fee. You may also ask the court to order monthly payments you can afford. Ask the clerk for information about these procedures.

#### b. APPEAL
If you disagree with the courts decision, you may appeal the decision on the other partys claim. You may not appeal the decision on your own claim. However, if any party appeals, there will be a new trial on all the claims. If you appeared at the trial, you must begin your appeal by filing a form called a Notice of Appeal (form SC-140) and pay the required fees within 30 days after the date this Notice of Entry of Judgment was mailed or handed to you. Your appeal will be in the superior court. You will have a **new trial** and you must present your evidence again. You may be represented by a lawyer.

#### c. VACATE OR CANCEL THE JUDGMENT
If you did not go to the trial, you may ask the court to vacate or cancel the judgment. To make this request, you must file a Motion to Vacate the Judgment (form SC-135) and pay the required fee within 30 days after the date this Notice of Entry of Judgment was mailed. If your request is denied, you then have 10 days from the date the notice of denial was mailed to file an appeal. The period to file the Motion to Vacate the Judgment is 180 days if you were not properly served with the claim. The 180-day period begins on the date you found out or should have found out about the judgment against you.

### IF YOU WON THE CASE . . .

1. If you were sued by the other party and you won the case, then the other party may not appeal the courts decision.

2. If you won the case and the court awarded you money, here are some steps you may take to collect your money or get possession of your property:

#### a. COLLECTING FEES AND INTEREST
Sometimes fees are charged for filing court papers or for serving the judgment debtor. These extra costs can become part of your original judgment. To claim these fees, ask the clerk for a Memorandum of Costs.

#### b. VOLUNTARY PAYMENT
Ask the judgment debtor to pay the money. If your claim was for possession of property, ask the judgment debtor return the property to you. **THE COURT WILL N[OT] COLLECT THE MONEY OR ENFORCE T[HE] JUDGMENT FOR YOU.**

#### c. STATEMENT OF ASSETS
If the judgment debtor does not pay the money, the [law] requires the debtor to fill out a form called the Judgm[ent] Debtors Statement of Assets (form SC-133). This form w[ill] tell you what property the judgment debtor has that may [be] available to pay your claim. If the judgment deb[tor] willfully fails to send you the completed form, you [may] file an Application and Order to Produce Statement [of] Assets and to Appear for Examination (form SC-134) [and] the court to give you your attorneys fees and expenses [and] other appropriate relief, after proper notice, under C[ode] of Civil Procedure section 708.170.

#### d. ORDER OF EXAMINATION
You may also make the debtor come to court to ans[wer] questions about income and property. To do this, ask [the] clerk for an Application and Order for Appearance Examination (Enforcement of Judgment) (form EJ-125) and [pay] the required fee. There is a fee if a law officer ser[ves] the order on the judgment debtor. You may also obtain judgment debtors financial records. Ask the clerk for [a] Small Claims Subpoena and Declaration (form SC-107) [or] Civil Subpoena Duces Tecum (form SUBP-002).

#### e. WRIT OF EXECUTION
After you find out about the judgment debtors proper[ty,] you may ask the court for a Writ of Execution (form EJ-1[30]) and pay the required fee. A writ of execution is a co[urt] paper that tells a law officer to take property of [the] judgment debtor to pay your claim. Here are some exam[ples] of the kinds of property the officer may be able to ta[ke:] **wages, bank account, automobil[e,] business property, or rental incom[e.]** For some kinds of property, you may need to file ot[her] forms. See the law officer for information.

#### f. ABSTRACT OF JUDGMENT
The judgment debtor may own land or a house or ot[her] buildings. You may want to put a lien on the property [so] that you will be paid if the property is sold. You can [get] a lien by filing an Abstract of Judgment (form EJ-001) [with] the county recorder in the county where the property [is] located. The recorder will charge a fee for the Abst[ract] of Judgment.

---

**NOTICE TO THE PARTY WHO WON:** As soon as you have been paid in full, you must fill out the form below and mail it to the court immediately or you may be fined. If an Abstract of Judgment has been recorded, you must use another form; see the clerk for the proper form.

### SMALL CLAIMS CASE NO.:
#### ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
(Do not use this form if an Abstract of Judgment has been recorded.)

**To the Clerk of the Court:**

I am the ☐ judgment creditor    ☐ assignee of record.
I agree that the judgment in this action has been paid in full or otherwise satisfied.
Date:

| (TYPE OR PRINT NAME) | (SIGNATURE) |
|---|---|

Exhibit 1 - page 7 of 30

NOTICE OF ENTRY OF JUDGMENT (Small Claims)    Page 2 of 2

E-FILING ID:  130403000591

| **SC-100** | **Plaintiff's Claim and ORDER to Go to Small Claims Court** |

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.

- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.

- If you lose, the court can order that your wages, money, or property be taken to pay this claim.

- Bring witnesses, receipts, and any evidence you need to prove your case.

- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.

- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.

- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.

- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.

- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

Clerk stamps date here when form is filed.

**Electronically**
# FILED
By Superior Court of California,
County of Los Angeles on

## APR 3 2013

**JOHN A. CLARKE, CLERK**
**BY EDILBERTO ESPIRITU, Deputy**

Fill in court name and street address:

Superior Court of California, County of

VAN NUYS COURTHOUSE EAST
6230 SYLMAR AVE., ROOM 340
VAN NUYS, CA 91401

Clerk fills in case number and case name:

Case Number:
13V02035

Case Name:
GREG TIMES VS. GGB MEDICAL MANAGEMENT SERVICES, INC., A CORPORATION

---

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| **Trial Date** → | **Date** | **Time** | **Department** | **Name and address of court if different from above** |
|---|---|---|---|---|
| 1. | 06/04/2013 | 01:30 PM | NWZ | ROOM 320, THIRD FL |
| 2. | | | | |
| 3. | | | | |

Date:  4/3/2013    **JOHN A. CLARKE,** Clerk, by    **EDILBERTO ESPIRITU**    , Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.

- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*

- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.

- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.

- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

---

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 1 of 5 →

ELECTRONICALLY FILED BY SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. (Receipt #1130409E5281)

Exhibit 1 - page 8 of 30

E-FILING ID:  130403000591

**GREG HIMES**

| Case Number: |
| --- |
| **13V02035** |

Plaintiff *(list names):* _____

**(1)** **The Plaintiff (the person, business, or public entity that is suing) is:**

NAME:  GREG HIMES DBA CHL DESIGN GROUP
HOME ADDRESS:  7108 KATELLA AVE, #515
                            STANTON, CA 90680
PHONE:  (714) 761-9735

**If more than one Plaintiff, list next Plaintiff here:**

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*
☑ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2)** **The Defendant (the person, business, or public entity being sued) is:**

NAME:  GGB MEDICAL MANAGEMENT SERVICES, INC., A CORPORATION
HOME ADDRESS:  9301 OAKDALE AVENUE, SUITE 300
                            CHATSWORTH, CA 91311
PHONE:  (818) 718-9500

**If more than one Defendant, list next Defendant here:**

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*
☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**(3)** **The Plaintiff claims the Defendant owes $** 8000.00                    *; (Explain below):*

a. Why does the Defendant owe the Plaintiff money?
UNPAID RETAINER FOR SERVICES FOR THE WEEKS OF 11/26/2012, 12/03/2012, 12/10/2012, AND
12/17/2012.

b. When did this happen? *(Date):* 01/01/2013
If no specific date, give the time period: *Date started:* _____ *Through:* _____

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
RETAINER FOR 4 WEEKS AT $2000/WEEK

Revised January 1, 2012

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
**(Small Claims)**

SC-100, Page 2 of 5
➔

Exhibit 1 - page 9 of 30

E-FILING ID:  130403000591

GREG HIMES

| Case Number: |
|---|
| 13V02035 |

Plaintiff *(list names)*:

(4) **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue.
Have you done this?** ☑ Yes ☐ No
*If no, explain why not:*

(5) **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*
a. ☑   (1) Where the Defendant lives or does business.   (4) Where a contract (written or spoken) was made,
          (2) Where the Plaintiff's property was damaged.       signed, performed, or broken by the Defendant *or*
          (3) Where the Plaintiff was injured.                          where the Defendant lived or did business when
                                                                                     the Defendant made the contract.

b. ☐   Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim
          is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc.,
          § 395(b).)*

c. ☐   Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about
          a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐   Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle
          is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐   Other *(specify):*

(6) **List the zip code of the place checked in (5) above** *(if you know):* 91311

(7) **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

(8) **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):*
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

(9) **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No   *If yes, the filing fee for this case will be higher.*

(10) **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

(11) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in
California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to
this form is true and correct.

Date: 4/3/2013      GREG HIMES                              ▶ *Greg Himes*
                        *Plaintiff types or prints name here*              *Plaintiff signs here*

Date:
                        *Second Plaintiff types or prints name here*      *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter
services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form
MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised January 1, 2012          **Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)          SC-100, Page 3 of 5
➔

Exhibit 1 - page 10 of 30

## SC-100    Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms.*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals.*

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

Small Claims Advisors are available Monday thru Friday, 8:30 A.M. to 4:30 P.M. at the County Hall of Administration 500 West Temple Street, Room B96, Los Angeles 90012 or by calling (213) 974-9759.

Or go to *www.courts.ca.gov/smallclaims/advisor.*

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)

Revised January 1, 2012
**Plaintiff's Claim and ORDER to Go to Small Claims Court**
**(Small Claims)**
SC-100, Page 4 of 5
→

Exhibit 1 - page 11 of 30

## SC-100    Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?

Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?

No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en: *www.courts.ca.gov/reclamosmenores/preparese.*

### ¿Qué hago si necesito una adaptación?

Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations.* Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?

Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?

Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/ smallclaims/forms* (página está en inglés).

### ¿Qué pasa en el juicio?

El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?

Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación.* Tiene que presentarlo dentro de 30 días depués de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

### ¿Tengo otras opciones?

Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que a la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir cómo hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado.* Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?

Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) *o*
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio.)

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte *y* a las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

Small Claims Advisors are available Monday thru Friday, 8:30 A.M. to 4:30 P.M. at the County Hall of Administration 500 West Temple Street, Room B96, Los Angeles 90012 or by calling (213) 974-9759.

O vea "Información por condado" en: *www.courts.ca.gov/reclamosmenores/asesores.*

*Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

Revised January 1, 2012

**Reclamo del Demandante y ORDEN
Para Ir a la Corte de Reclamos Menores
(Reclamos Menores)**

SC-100, Page 5 of 5

Exhibit 1 - page 12 of 30

NORTHWEST DISTRICT       (-19498- )
VAN NUYS COURTHOUSE EAST                                          SMALL CLAIMS CASE NO: LAV 13V02035
6230 SYLMAR AVENUE,VAN NUYS, CA        91401

- NOTICE TO ALL PLAINTIFFS AND DEFENDANTS -
Your small claims case has been decided.  If you lost the case, and the court ordered you to pay money, your wages, money, and
property may be taken without further warning from the court.  Read the back of this sheet for important information about your rights.
- AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS -
Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que
usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de
la corte. Lea el reverso de este formulario para obtener informacion de importancia acerca de sus derechos.

| PLAINTIFF/DEMANDANTE | DEFENDANT/DEMANDADO |
|---|---|
| HIMES, GREG  DBA  CHL DESIGN GROUP | GGB MEDICAL MANAGEMENT SERVICES, INC. A CORPORATION |
| 7108 KATELLA AVE. #515 | 9301 OAKDALE AVENUE, SUITE 300 |
| STANTON, CA 90680 | CHASTSWORTH, CA 91311 |
| (714) 761-9735 | (818) 718-9500 |

****** SEE ATTACHED SHEET FOR ADDITIONAL PLAINTIFFS AND DEFENDANTS.        ········

A M E N D E D                          NOTICE OF ENTRY OF JUDGMENT

JUDGMENT WAS ENTERED AS STATED BELOW ON (DATE):  *06/04/2013*

Defendant  *(name, if more than one):*
   GGB MEDICAL MANAGEMENT SERVICES, INC. A CORPORATION

shall pay plaintiff  *(name, if more than one):*
   HIMES, GREG  DBA  CHL DESIGN GROUP

$ 8000.00   principal and $ 110.00   costs on plaintiff's claim.

THE DOCUMENT TO WHICH THIS CERTIFICATE IS
ATTACHED IS A FULL, TRUE AND CORRECT COPY
OF THE ORIGINAL ISSUED BY THIS OFFICE
ON *10-27-16*        OF RECORD.
ATTEST *Judgment*

SHERRI R. CARTER, Executive Officer/Clerk of the
Superior Court of California County of Los Angeles.

By _____ , Deputy
Monique Dillard

Other (specify):    UNCONTESTED

Enforcement of the judgment is automatically postponed for 30  days or, if an appeal is filed, until the appeal is decided.
EXHIBITS, IF ANY, WILL BE DESTROYED AT THE END OF 60  DAYS FROM EXPIRATION OF APPEAL TIME.

-------------------------------------------------------------------------------------------
CLERK'S CERTIFICATE OF MAILING -  I certify that I am not a party to this action.  This NOTICE OF ENTRY OF JUDGMENT
was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above.
The mailing and this certification occurred at the place and on the date shown below.
Place of mailing: VAN NUYS, CALIFORNIA.
Date  of mailing: 08/29/2014                                        JOHN A. CLARKE, Executive Officer/Clerk
        - The county provides small claims advisor services free of charge. Read the information sheet on the reverse. -
SC-130 (Rev. 7/1/10)                       NOTICE OF ENTRY OF JUDGMENT (Small Claims)                    Page 1 of 2

By L. NARADOVY _____ , Deputy
                                                                          Page 1 of 2

Exhibit 1 - page 13 of 30

## INFORMATION AFTER JUDGMENT / INFORMACION DESPUES DEL FALLO DE LA CORTE

Your small claims case has been decided. The judgment or decision of the court appears on the front of this sheet. The cour may have ordered one party to pay money to the other party. The person (or business) who won the case and who can collect the money is called the judgment creditor.

The person (or business) who lost the case and who owes the money is called the judgment debtor. Enforcement of the judgment is postponed until the time for appeal ends or until the appeal is decided. This means that the judgment creditor cann collect any money or take any action until this period is over. Generally, both parties may be represented by lawyers after judgment.

**IF YOU LOST THE CASE . . .**

1. If you lost the case on your own claim and the court did not award you any money, the courts decision on your claim is FINAL. You may not appeal your own claim.

2. If you lost the case and the court ordered you to pay money, your money and property may be taken to pay the claim unless you do one of the following things:

   **a. PAY THE JUDGMENT**
   The law requires you to pay the amount of the judgment. You may pay the judgment creditor directly, or pay the judgment to the court for an additional fee. You may also ask the court to order monthly payments you can afford. Ask the clerk for information about these procedures.

   **b. APPEAL**
   If you disagree with the courts decision, you may appeal the decision on the other partys claim. You may not appeal the decision on your own claim. However, if any party appeals, there will be a new trial on all the claims. If you appeared at the trial, you must begin your appeal by filing a form called a Notice of Appeal (form SC-140) and pay the required fees within 30 days after the date this Notice of Entry of Judgment was mailed or handed to you. Your appeal will be in the superior court. You will have a new trial and you must present your evidence again. You may be represented by a lawyer.

   **c. VACATE OR CANCEL THE JUDGMENT**
   If you did not go to the trial, you may ask the court to vacate or cancel the judgment. To make this request, you must file a Motion to Vacate the Judgment (form SC-135) and pay the required fee within 30 days after the date this Notice of Entry of Judgment was mailed. If your request is denied, you then have 10 days from the date the notice of denial was mailed to file an appeal. The period to file the Motion to Vacate the Judgment is 180 days if you were not properly served with the claim. The 180-day period begins on the date you found out or should have found out about the judgment against you.

**IF YOU WON THE CASE . . .**

1. If you were sued by the other party and you won the case, then the other party may not appeal the courts decision.

2. If you won the case and the court awarded you money, here are some steps you may take to collect your money or get possession of your property:

   **a. COLLECTING FEES AND INTEREST**
   Sometimes fees are charged for filing court papers or for serving the judgment debtor. These extra costs can become part of your original judgment. To claim these fees, ask the clerk for a Memorandum of Costs.

**b. VOLUNTARY PAYMENT**
Ask the judgment debtor to pay the money. If your claim was for possession of property, ask the judgment debtor return the property to you. THE COURT WILL NC COLLECT THE MONEY OR ENFORCE TH JUDGMENT FOR YOU.

**c. STATEMENT OF ASSETS**
If the judgment debtor does not pay the money, the l requires the debtor to fill out a form called the Judgme Debtors Statement of Assets (form SC-133). This form wi tell you what property the judgment debtor has that may available to pay your claim. If the judgment debt willfully fails to send you the completed form, you m file an Application and Order to Produce Statement Assets and to Appear for Examination (form SC-134) and a the court to give you your attorneys fees and expenses a other appropriate relief, after proper notice, under Co of Civil Procedure section 708.170.

**d. ORDER OF EXAMINATION**
You may also make the debtor come to court to ansi questions about income and property. To do this, ask t clerk for an Application and Order for Appearance a Examination (Enforcement of Judgment) (form EJ-125) and p the required fee. There is a fee if a law officer serv the order on the judgment debtor. You may also obtain t judgment debtors financial records. Ask the clerk for t Small Claims Subpoena and Declaration (form SC-107) Civil Subpoena Duces Tecum (form SUBP-002).

**e. WRIT OF EXECUTION**
After you find out about the judgment debtors propert you may ask the court for a Writ of Execution (form EJ-13 and pay the required fee. A writ of execution is a cou paper that tells a law officer to take property of t judgment debtor to pay your claim. Here are some exampl of the kinds of property the officer may be able to tak wages, bank account, automobile business property, or rental incom For some kinds of property, you may need to file oth forms. See the law officer for information.

**f. ABSTRACT OF JUDGMENT**
The judgment debtor may own land or a house or oth buildings. You may want to put a lien on the property that you will be paid if the property is sold. You can a lien by filing an Abstract of Judgment (form EJ-001) w the county recorder in the county where the property located. The recorder will charge a fee for the Abstra of Judgment.

**NOTICE TO THE PARTY WHO WON:** As soon as you have been paid in full, you must fill out the form below and mail it to the court immediately or you may be fined. If an Abstract of Judgment has been recorded, you must use another form; see the clerk for the proper form.

### SMALL CLAIMS CASE NO.:
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
(Do not use this form if an Abstract of Judgment has been recorded.)

**To the Clerk of the Court:**
I am the ☐ judgment creditor      ☐ assignee of record.
I agree that the judgment in this action has been paid in full or otherwise satisfied.
Date:

_____              _____
**(TYPE OR PRINT NAME)**                **(SIGNATURE)**

Exhibit 1 - page 14 of 30

E-FILING ID:  130419000579

## SC-100 — Plaintiff's Claim and ORDER to Go to Small Claims Court

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

---

*Clerk stamps date here when form is filed.*

**Electronically FILED**
By Superior Court of California,
County of Los Angeles on
**APR 19 2013**
JOHN A. CLARKE, CLERK
BY EDILBERTO ESPIRITU, Deputy

*Fill in court name and street address:*

**Superior Court of California, County of**

VAN NUYS COURTHOUSE EAST
6230 SYLMAR AVE., ROOM
340
VAN NUYS, CA 91401

*Clerk fills in case number and case name:*

**Case Number:**
13V02553
**Case Name:**
GREG HIMES VS. GGB MEDICAL
MANAGEMENT SERVICES, INC., A
CORPORATION

---

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|---|
| | 1. | 06/25/2013 | 01:30 PM | NWZ | ROOM 320, THIRD FL |
| | 2. | | | | |
| | 3. | | | | |

Date: 4/19/2013    JOHN A. CLARKE, Clerk, by    EDILBERTO ESPIRITU , Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

---

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 1 of 5 →

ELECTRONICALLY FILED BY SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. (Receipt #1130423E3367)

Exhibit 1 - page 15 of 30

E-FILING ID:   130419000679

GREG HIMES

**Plaintiff** *(list names):* _____

| Case Number: |
| --- |
| 13V02553 |

**(1)** **The Plaintiff (the person, business, or public entity that is suing) is:**
NAME:  GREG HIMES DBA CHL DESIGN GROUP
HOME ADDRESS:  7108 KATELLA AVE, #515
                STANTON, CA 90680
PHONE:  (714) 761-9735

**If more than one Plaintiff, list next Plaintiff here:**

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*
☑ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2)** **The Defendant (the person, business, or public entity being sued) is:**
NAME:  GGB MEDICAL MANAGEMENT SERVICES, INC., A CORPORATION
HOME ADDRESS:  9301 OAKDALE AVENUE, SUITE 300
                CHATSWORTH, CA 91311
PHONE:  (818) 718-9500

**If more than one Defendant, list next Defendant here:**

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*
☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**(3)** **The Plaintiff claims the Defendant owes $** 8000.00       *, (Explain below):*
 a. **Why does the Defendant owe the Plaintiff money?**
    UNPAID RETAINER FOR SERVICES FOR THE WEEKS OF 1/07/2013, 1/14/2013, 1/21/2013 AND 1/28/2013

 b. **When did this happen?** *(Date):* 02/19/2013 _____
    If no specific date, give the time period: *Date started:* _____ *Through:* _____

 c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
    RETAINER FOR 4 WEEKS AT $2000/WEEK

Revised January 1, 2012

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 2 of 5
➔

Exhibit 1 - page 16 of 30

E-FILING ID:  130419000679

GREG HIMES

| Case Number: |
| --- |
| 13V02553 |

Plaintiff *(list names):*

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue.**
**Have you done this?** ☑ Yes ☐ No
*If no, explain why not:*

⑤ **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*

a. ☑ (1) Where the Defendant lives or does business.   (4) Where a contract (written or spoken) was made,
    (2) Where the Plaintiff's property was damaged.        signed, performed, or broken by the Defendant *or*
    (3) Where the Plaintiff was injured.                           where the Defendant lived or did business when
                                                                        the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim
    is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc.,*
    *§ 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about
    a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle
    is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):*

⑥ List the zip code of the place checked in ⑤ above *(if you know):* 91311

⑦ Is your claim about an attorney-client fee dispute? ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ *A claim was filed on (date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No   *If yes, the filing fee for this case will be higher.*

⑩ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in
California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to
this form is true and correct.

Date: 4/19/2013     GREG HIMES     ▶
                    *Plaintiff types or prints name here*          *Plaintiff signs here*

Date: _____     ▶
                    *Second Plaintiff types or prints name here*          *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter
services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form
MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised January 1, 2012

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)

SC-100, Page 3 of 5
➔

Exhibit 1 - page 17 of 30

## SC-100 | Information for the Defendant (the person being sued)

"Small claims court" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.*) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations.* Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Request to Waive Court Fees* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms.*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal.* You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals.*

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim.* There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

Small Claims Court Advisor Program
http://dcba.lacounty.gov
Monday - Friday 8:00am - 4:30pm
(213) 974-9759 or (800) 593-8222

Or go to *www.courts.ca.gov/smallclaims/advisor.*

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).)

Revised July 1, 2015 | **Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims) | SC-100, Page 4 of 5 →
Exhibit 1 - page 18 of 30

## SC-100   Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en:
*www.courts.ca.gov/reclamosmenores/preparese.*

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations.* Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo inglés bien?**
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

**¿Dónde puedo obtener los formularios de la corte que necesito?**
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/ smallclaims/forms* (página está en inglés).

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)
- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación.* Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

**¿Tengo otras opciones?**
Sí. Si lo están demandando, puede:
- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado.* Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** No llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?**
Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) *o*
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en:
*www.courts.ca.gov/reclamosmenores/asesores.*

*Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

**Reclamo del Demandante y ORDEN**
**Para Ir a la Corte de Reclamos Menores**
**(Reclamos Menores)**

SC-100, Page 5 of 5

Exhibit 1 - page 19 of 30

NORTHWEST DISTRICT      (-19498- )                                    SMALL CLAIMS CASE NO: LAV 13V02553
VAN NUYS COURTHOUSE EAST
6230 SYLMAR AVENUE, VAN NUYS, CA      91401

**- NOTICE TO ALL PLAINTIFFS AND DEFENDANTS -**
Your small claims case has been decided.  If you lost the case, and the court ordered you to pay money, your wages, money, and
property may be taken without further warning from the court.  Read the back of this sheet for important information about your rights.
**- AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS -**
*Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que
usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de
la corte. Lea el reverso de este formulario para obtener informacion de importancia acerca de sus derechos.*

| PLAINTIFF/DEMANDANTE | DEFENDANT/DEMANDADO |
|---|---|
| HIMES, GREG  DBA  CHL DESIGN GROUP | GGB MEDICAL MANAGEMENT SERVICES, IN |
| 7108 KATELLA AVE, #515<br>STANTON, CA 90680<br>(714) 761-9735 | 9301 OAKDALE AVENUE, SUITE 300<br>CHATSWORTH, CA 91311<br>(818) 718-9500 |

### NOTICE OF ENTRY OF JUDGMENT

JUDGMENT WAS ENTERED AS STATED BELOW ON (DATE):  *06/25/2013*

Defendant  *(name, if more than one):*
  GGB MEDICAL MANAGEMENT SERVICES, IN

shall pay plaintiff  *(name, if more than one):*
  HIMES, GREG  DBA  CHL DESIGN GROUP

$ 8000.00  principal and $ 110.00  costs on plaintiff's claim.

THE DOCUMENT TO WHICH THIS CERTIFICATE IS
ATTACHED IS A FULL, TRUE AND CORRECT COPY
OF THE ORIGINAL ISSUED BY THIS OFFICE
ON *10-24-16* OF RECORD.

ATTEST *Judgment*

SHERRI R. CARTER, Executive Officer/Clerk of the
Superior Court of California, County of Los Angeles.

By _____, Deputy
  Monique Dillard

Other (specify):    UNCONTESTED

Enforcement of the judgment is automatically postponed for 30  days or, if an appeal is filed, until the appeal is decided.
EXHIBITS, IF ANY, WILL BE DESTROYED AT THE END OF 60  DAYS FROM EXPIRATION OF APPEAL TIME.

-------------------------------------------------------------------------------
**CLERK'S CERTIFICATE OF MAILING -**  I certify that I am not a party to this action.  This NOTICE OF ENTRY OF JUDGMENT
was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above.
The mailing and this certification occurred at the place and on the date shown below.
Place of mailing: VAN NUYS, CALIFORNIA.                              JOHN A. CLARKE, Executive Officer/Clerk
Date  of mailing: 06/26/2013                                        By L. NARADOVY _____, Deputy
    - The county provides small claims advisor services free of charge. Read the information sheet on the reverse. -
SC-130 (Rev. 7/1/10)              NOTICE OF ENTRY OF JUDGMENT (Small Claims)                Page 1 of 2

Exhibit 1 - page 20 of 30

## INFORMATION AFTER JUDGMENT / INFORMACION DESPUES DEL FALLO DE LA CORTE

Your small claims case has been decided. The judgment or decision of the court appears on the front of this sheet. The cou may have ordered one party to pay money to the other party. The person (or business) who won the case and who can collect the money is called the **judgment creditor.**

The person (or business) who lost the case and who owes the money is called the **judgment debtor.** Enforcement of the judgment is postponed until the time for appeal ends or until the appeal is decided. This means that the judgment creditor can collect any money or take any action until this period is over. Generally, both parties may be represented by lawyers after judgment.

### IF YOU LOST THE CASE . . .

1. If you lost the case on your own claim and the court did not award you any money, the courts decision on your claim is FINAL. You may not appeal your own claim.

2. If you lost the case and the court ordered you to pay money, your money and property may be taken to pay the claim unless you do one of the following things:

   **a. PAY THE JUDGMENT**
   The law requires you to pay the amount of the judgment. You may pay the judgment creditor directly, or pay the judgment to the court for an additional fee. You may also ask the court to order monthly payments you can afford. Ask the clerk for information about these procedures.

   **b. APPEAL**
   If you disagree with the courts decision, you may appeal the decision on the other partys claim. You may not appeal the decision on your own claim. However, if any party appeals, there will be a new trial on all the claims. If you appeared at the trial, you must begin your appeal by filing a form called a Notice of Appeal (form SC-140) and pay the required fees within 30 days after the date this Notice of Entry of Judgment was mailed or handed to you. Your appeal will be in the superior court. You will have a **new trial** and you must present your evidence again. You may be represented by a lawyer.

   **c. VACATE OR CANCEL THE JUDGMENT**
   If you did not go to the trial, you may ask the court to vacate or cancel the judgment. To make this request, you must file a Motion to Vacate the Judgment (form SC-135) and pay the required fee within 30 days after the date this Notice of Entry of Judgment was mailed. If your request is denied, you then have 10 days from the date the notice of denial was mailed to file an appeal. The period to file the Motion to Vacate the Judgment is 180 days if you were not properly served with the claim. The 180-day period begins on the date you found out or should have found out about the judgment against you.

### IF YOU WON THE CASE . . .

1. If you were sued by the other party and you won the case, then the other party may not appeal the courts decision.

2. If you won the case and the court awarded you money, here are some steps you may take to collect your money or get possession of your property:

   **a. COLLECTING FEES AND INTEREST**
   Sometimes fees are charged for filing court papers or for serving the judgment debtor. These extra costs can become part of your original judgment. To claim these fees, ask the clerk for a Memorandum of Costs.

**b. VOLUNTARY PAYMENT**
Ask the judgment debtor to pay the money. If your claim was for possession of property, ask the judgment debtor return the property to you. **THE COURT WILL N COLLECT THE MONEY OR ENFORCE T JUDGMENT FOR YOU.**

**c. STATEMENT OF ASSETS**
If the judgment debtor does not pay the money, the requires the debtor to fill out a form called the Judg Debtors Statement of Assets (form SC-133). This form i tell you what property the judgment debtor has that ma available to pay your claim. If the judgment de willfully fails to send you the completed form, you file an Application and Order to Produce Statement Assets and to Appear for Examination (form SC-134) and the court to give you your attorneys fees and expenses other appropriate relief, after proper notice, under ( of Civil Procedure section 708.170.

**d. ORDER OF EXAMINATION**
You may also make the debtor come to court to an questions about income and property. To do this, ask clerk for an Application and Order for Appearance Examination (Enforcement of Judgment) (form EJ-125) and the required fee. There is a fee if a law officer se the order on the judgment debtor. You may also obtain judgment debtors financial records. Ask the clerk for Small Claims Subpoena and Declaration (form SC-107) Civil Subpoena Duces Tecum (form SUBP-002).

**e. WRIT OF EXECUTION**
After you find out about the judgment debtors prope you may ask the court for a Writ of Execution (form EJ and pay the required fee. A writ of execution is a c paper that tells a law officer to take property of judgment debtor to pay your claim. Here are some exam of the kinds of property the officer may be able to ta **wages, bank account, automobil business property, or rental incom** For some kinds of property, you may need to file o forms. See the law officer for information.

**f. ABSTRACT OF JUDGMENT**
The judgment debtor may own land or a house or o buildings. You may want to put a lien on the propert that you will be paid if the property is sold. You can a lien by filing an Abstract of Judgment (form EJ-001) the county recorder in the county where the propert located. The recorder will charge a fee for the Abst of Judgment.

---

**NOTICE TO THE PARTY WHO WON:** As soon as you have been paid in full, you must fill out the form below and mail it to the court immediately or you may be fined. If an Abstract of Judgment has been recorded, you must use another form; see the clerk for the proper form.

### SMALL CLAIMS CASE NO.:
#### ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
(Do not use this form if an Abstract of Judgment has been recorded.)

**To the Clerk of the Court:**

I am the ☐ judgment creditor          ☐ assignee of record.
I agree that the judgment in this action has been paid in full or otherwise satisfied.
Date:

_____          _____
**(TYPE OR PRINT NAME)**               **(SIGNATURE)**

Exhibit 1 - page 21 of 30

## SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

Clerk stamps date here when form is filed.

**FILED**
Superior Court Of California
County Of Los Angeles

DEC 30 2014

Sherri R. Carter, Executive Officer/Clerk

By _____, Deputy

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.

- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.

- If you lose, the court can order that your wages, money, or property be taken to pay this claim.

- Bring witnesses, receipts, and any evidence you need to prove your case.

- Read this form and all pages attached to understand the claim against you and to protect your rights.

Fill in court name and street address:

Superior Court of California, County of

**LOS ANGELES SUPERIOR COURT**
**NORTHWEST DISTRICT - EAST BLDG**
**6230 SYLMAR AVENUE**
**VAN NUYS CA, 91401**

Clerk fills in case number

Case Number:

**14V11206**

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.

- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.

- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.

- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.

- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|

**Trial Date** → FEB 18 2015 @8:30 AM - DEPT NW2

**Room:** ☐ **300** ☒ **310**

Date: DEC 30 2014     Clerk, by _____, Deputy

### Instructions for the person suing: *SHERRI R. CARTER, Executive Officer/Clerk*

- You are the Plaintiff. The person you are suing is the Defendant.

- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms.*

- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.

- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.

- Go to court on your trial date listed above.  Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)

SC-100, Page 1 of 5
→

Exhibit 1 - page 22 of 30

Plaintiff *(list names)*: GGB Medical Mgmt Svs, Inc., ORS, Inc.

Case Number: 

**①** **The Plaintiff (the person, business, or public entity that is suing) is:**

Name: GREG HIMES DBA CHL DESIGN GROUP                    Phone: ( 714 ) 761-9735

Street address: 7108 Katella Ave, #515          Stanton          CA          90680
             *Street*                                   *City*            *State*        *Zip*

Mailing address *(if different)*: 
                          *Street*                     *City*            *State*        *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name:                                                        Phone: (      )

Street address: 
             *Street*                                   *City*            *State*        *Zip*

Mailing address *(if different)*: 
                          *Street*                     *City*            *State*        *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**②** **The Defendant (the person, business, or public entity being sued) is:**

Name: GGB Medical Management Services, Inc., A Corporation          Phone: ( 818 ) 718-9500

Street address: 28040 Harrison Pkwy          Valencia          CA          91355
             *Street*                               *City*            *State*        *Zip*

Mailing address *(if different)*: 25580 Prado de las BELLOTAS,   Calabasas   CA   91302
                          *Street*                     *City*            *State*        *Zip*

**If more than one Defendant, list next Defendant here:**

Name: ORS, Inc., A Corporation                           Phone: ( 818 ) 718-9500

Street address: 28040 Harrison Pkwy          Valencia          CA          91355
             *Street*                               *City*            *State*        *Zip*

Mailing address *(if different)*: 13578 E. 131st Street, Suite 220  Fishers   IN   46037
                          *Street*                     *City*            *State*        *Zip*

3.
☑ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* 

**③** **The Plaintiff claims the Defendant owes $** 8000.00 **.** *(Explain below):*

a. Why does the Defendant owe the Plaintiff money? Unpaid retainer for services for the weeks of
   2/04/2013,  2/11/2013, 2/18/2013, and 2/25/2013.  ORS took over business around March
   2013.  Cal. Corp. Code section 1107 allows successor corporation to be liable.

b. When did this happen? *(Date):* 03/11/2013
   If no specific date, give the time period: *Date started:* _____  *Through:* _____

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* _____
   Retainer for 4 weeks at $2000/week

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Revised January 1, 2012                **Plaintiff's Claim and ORDER**              SC-100, Page 2 of 5
                                      **to Go to Small Claims Court**                      **➜**
                                           **(Small Claims)**

Exhibit 1 - page 23 of 30

Plaintiff *(list names):* GGB Medical Mgmt Svs, Inc., ORS, Inc.

| Case Number: |
| --- |

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No

*If no, explain why not:* _____

⑤ **Why are you filing your claim at this courthouse?**

**This courthouse covers the area** *(check the one that applies):*

a. ☑ (1) Where the Defendant lives or does business.
     (2) Where the Plaintiff's property was damaged.
     (3) Where the Plaintiff was injured.
  (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know):* 91355

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No

*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes ☑ No

*If yes, you must file a written claim with the entity first.* ☐ *A claim was filed on (date):* _____

*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**

☐ Yes ☑ No   *If yes, the filing fee for this case will be higher.*

⑩ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

⑪ **I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 12/30/14    Greg Himes                     ► *[signature]* Greg Himes
                 *Plaintiff types or prints name here*        *Plaintiff signs here*

Date: _____    _____    ►
                 *Second Plaintiff types or prints name here*    *Second Plaintiff signs here*

**Requests for Accommodations**

Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised January 1, 2012          **Plaintiff's Claim and ORDER**          SC-100, Page 3 of 5
                         **to Go to Small Claims Court**          ➔
                              **(Small Claims)**

Exhibit 1 - page 24 of 30

## SC-100   Information for the Defendant (the person being sued)

"**Small claims court**" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?

You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?

You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

### What if I need an accommodation?

If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations.* Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?

Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?

Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms.*

### What happens at the trial?

The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?

If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal.* You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals.*

### Do I have options?

Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim.* There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?

You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**? Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor.*

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)

Revised January 1, 2012    **Plaintiff's Claim and ORDER to Go to Small Claims Court**    SC-100, Page 4 of 5
**(Small Claims)**    →

Exhibit 1 - page 25 of 30

## SC-100 — Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.
Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para ir a la corte" en: *www.courts.ca.gov/reclamosmenores/preparese.*

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations.* Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo inglés bien?**
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota para emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

**¿Dónde puedo obtener los formularios de la corte que necesito?**
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)
- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación.* Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

**¿Tengo otras opciones?**
SI. Si lo están demandando, puede:
- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir cómo hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado.* Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?**
Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en: *www.courts.ca.gov/reclamosmenores/asesores.*

*Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

Revised January 1, 2012     **Reclamo del Demandante y ORDEN**     SC-100, Page 5 of 5
**Para Ir a la Corte de Reclamos Menores**
**(Reclamos Menores)**

Exhibit 1 - page 26 of 30

| **SC-100A**    Other Plaintiffs or Defendants | Case Number: |
|---|---|

☑ This form is attached to Form SC-100, item 1 or 2.

**(1)** **If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: (____)_____

City: _____ State:_____ Zip: _____

Mailing address *(if different):* _____

City: _____ State:_____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: (____)_____

City: _____ State:_____ Zip: _____

Mailing address *(if different):* _____

City: _____ State:_____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

☐ *Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.*

**(2)** **If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: ORS MEDICAL MANAGEMENT INC., A Corporation

Street address: 28040 Harrison Pkwy _____ Phone: ( 818 ) 718-9500

City: Valencia _____ State: CA  Zip: 91355

Mailing address *(if different):* 13578 E. 131st Street, Suite 220

City: Fishers _____ State: IN  Zip: 46037

Other defendant's name: _____

Street address: _____ Phone: (____)_____

City: _____ State:_____ Zip: _____

Mailing address *(if different):* _____

City: _____ State:_____ Zip: _____

☐ *Check here if more than 4 defendants and fill out and attach another Form SC-100A.*

**(3)** **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(4)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 12/30/14 ___ Greg Himes _____ ▶ *Greg Himes* _____
                  *Type or print your name*        *Sign your name*

Date: _____ _____ ▶ _____
                  *Type or print your name*        *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**    SC-100A, Page __ of __
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**

Exhibit 1 - page 27 of 30

| **SC-103** | **Fictitious Business Name** | Case Number: |
|---|---|---|

This form is attached to: ☑ Form SC-100    **OR**    ☐ Form SC-120

**(1)** **If you want to file a small claim and you are doing business under a fictitious name ("doing business as," or "dba") give the following information.** *(Nonprofits and exempt real estate investment trusts do not have to file this form.)*

Business name of the person suing: <u>CHL DESIGN GROUP</u>

Business address *(not a U.S. Postal Service P.O. Box)*: <u>7108 KATELLA AVE, #515, STANTON, CA 90680</u>

Mailing address *(if different)*: _____

**(2)** **The business listed in ① does business as** *(check ONLY one)*:

☑ an individual                   ☐ a corporation
☐ an association              ☐ a limited liability company
☐ a partnership              ☐ other *(specify)*:

*You must follow the laws for fictitious business names. If you have not followed these laws, including filing a fictitious business name statement in your county and publishing this information in a local newspaper, the court can dismiss your case.*

**(3)** **Name of county where you filed your Fictitious Business Name Statement (dba):**

<u>ORANGE</u>

**(4)** **Your Fictitious Business Name Statement number:** <u>20116278899</u>

**(5)** **Date your Fictitious Business Name Statement expires:** <u>09/09/2016</u>

**(6)** I declare, under penalty of perjury under California State law, that the information above is true and correct. **Only the owner, president, chief executive officer (CEO), or other qualified officer can sign this form.**

Date: <u>12/30/2014</u>

Greg Himes, Owner
*Type or print your name and title*

▶ *Greg Himes*
*Sign your name*

**?** **Need help?**
Your county's Small Claims Advisor can help for free.

_____

Or go to "County-Specific Court Information" at:
*www.courtinfo.ca.gov/selfhelp/smallclaims*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Optional Form
Code of Civil Procedure, § 116.430;
Business and Professions Code, § 17900 et seq.

**Fictitious Business Name**
**(Small Claims)**

SC-103, Page 1 of 1

Exhibit 1 - page 28 of 30

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:    FAX NO. (Optional): | **FILED**<br>Superior Court Of California<br>County Of Los Angeles<br><br>FEB 18 2015<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _____ Deputy<br>Tracy Kincheloe |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: GREG HIMES DBA CHL DESIGN GROUP

DEFENDANT/RESPONDENT: AGB MEDICAL MANAGEMENT/ ORS, INC, A CORP.

**REQUEST FOR DISMISSAL**

CASE NUMBER: 14V11206

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
   a.(1) ☐ With prejudice    (2) ☑ Without prejudice
   b.(1) ☐ Complaint    (2) ☐ Petition
   (3) ☐ Cross-complaint filed by (name):    on (date):
   (4) ☐ Cross-complaint filed by (name):    on (date):
   (5) ☐ Entire action of all parties and all causes of action
   (6) ☑ Other (specify): * mediation / parties request a stipulated judgement.

2. (Complete in all cases except family law cases.)
   The court ☐ did ☐ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed.)

   Date: 2/28/15

   GREG HIMES ........................ Greg Himes
   (TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)    (SIGNATURE)

   *If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

   Attorney or party without attorney for:
   ☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
   ☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

   _____    >_____
   (TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)    (SIGNATURE)

   ** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

   Attorney or party without attorney for:
   ☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
   ☐ Cross-Complainant

(To be completed by clerk.)
4. ☑ Dismissal entered as requested on (date):
5. ☐ Dismissal entered on (date):    FEB 18 2015    as to only (name):
6. ☐ Dismissal not entered as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed ☐ means to return conformed copy

Date: FEB 18 2015    Clerk, by _____, Deputy
                     Sherri R. Carter, Executive Officer/Clerk    T. Kincheloe

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. Jan. 1, 2013] | **REQUEST FOR DISMISSAL** | Page 1 of 2<br>Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390<br>www.courts.ca.gov |

Exhibit 1 - page 29 of 30

Small Claims Settlement Agreement   Case# _14 V 1206_   
Cross-Complaint: Yes___ No _✓_

PLAINTIFF(s): _GREG HIMES DBA GHL DESIGN GROUP_

DEFENDANT(s): _GGIS MEDICAL MANAGMENT SERVICES, INC, A Corporation_
_& CRS INC A Corporation & CRS Medical Management_

The undersigned parties, on this _10_ day of _February_, 20 _15_ have agreed to the following settlement of their dispute(s):

☐ _Defendant_ agrees to pay ✓ _plaintiff_ the sum of $ ~~600.00~~ _12,000⁰⁰_

☐ In full on _____, 20____ by: ☐ Cash ☐ Money Order ☐ Cashier's Check ☐ Other_____

☑ In installments of: $ _500.00_ per month. First payment will be due on _3 / 10 / 2015_.

  Subsequent payments will be due on the _10th_ of each month until balance is paid in full;
  Payments will be made by: ☐ Cashier's Check ☐ Money Order ☑ Other _check   (24 months)_

☐ Any payment mailed will be postmarked on or before the due date.
  Address of Payment Recipient: _____

☐ The balance becomes due and payable in FULL if the payment is not received within _____ day(s) of any payment due date.
  **Note: In small claims cases, enforcement must be obtained by filing a *Request for Court Order and Answer*, Judicial
  Council for SC-105 and following procedures as described in California Rules of Court, Rule 3.2107.**

☑ Terms: _THIS   SETTLEMENT   IS   FOR   THE   FOLLOWING   PREVIOUS_
_CASE NUMBERS:_
_13V02035_     _THIS REPRESENTS THE SETTLEMENT FOR_
_13V02553_     _THE ENTIRE DEBT AGAINST ALL PARTIES._
_14V11206_
_- personal lein against Robert Gerstein for $7,000⁰⁰_
_will be considered settlement in full once the above_
_payment is made & lein will be released.  CASE # 14V03182_
_CCP 664.6_     ☐ Attached Addendum is incorporated by Reference

☐ The parties agree the case will be dismissed **WITH** prejudice (Original case cannot be re-filed and settlement can be enforced for terms of agreement only)
☑ The parties agree the case will be dismissed **WITHOUT** prejudice (Original case can be re-filed)
☑ All Parties Request a Stipulated Judgment

*The parties signing below further agree to accept said sum as payment in full of all his/her/their claims, with the
knowledge that this Settlement Agreement bars each of them from asserting the same claims at any time in the future.*

<u>The parties shall be permitted to have the Court enforce, under CCP §664.6, the terms of this Settlement</u> should either
party believe that it has not been fully performed.

THIS SETTLEMENT IS BINDING ON THE PARTIES IN COURT PURSUANT TO CALIFORNIA EVIDENCE CODE SECTION 1119.
THE PARTIES ACKNOWLEDGE BY THAT THE FOREGOING TERMS ACCURATELY REFLECT THEIR SETTLEMENT
AGREEMENT. THE PARTIES FURTHER AGREE TO ABIDE BY THE TERMS AND CONDITIONS SET FORTH IN THIS
AGREEMENT. BY SIGNING BELOW, THE PARTIES EXPRESSLY AGREE THAT THIS WRITTEN SETTLEMENT MAY BE
DISCLOSED IN A COURT OF LAW. UPON DISCLOSURE, THIS AGREEMENT MAY BE ADMITTED AS EVIDENCE AND/OR
ENFORCED AS TO BE DETERMINED APPROPRIATE BY THE COURT.

Plaintiff Print Name: _GREG HIMES_     Defendant Print Name: _Robert Gerstein_

Plaintiff Signature: _Greg Himes_     Defendant Signature: _____

Plaintiff Name: _____     Defendant Name: _____

Plaintiff Signature: _____     Defendant Signature: _____

Mediator Name: _SHARONA ROSEN_     Co-Mediator Name: _____

Center for Conflict Resolution ▪ (818) 705-1090

Exhibit 1 - page 30 of 30

# Exhibit 2

Case 14V03182 minute order                    p. 1
Case 14V03182 restraining order               p. 4
Case 14V03182 assignment orders               p. 5

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Northwest District, Van Nuys Courthouse East, Department T

**14V03182**                                                        July 12, 2019
**HIMES, GREG vs GERSTEIN, ROBERT M.**                              9:50 AM

Judge: Honorable Shirley K. Watkins          CSR: Electronically Recorded
Judicial Assistant: V. Aparicio              ERM: None
Courtroom Assistant: F. Rodriguez            Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): GREG HIMES

For Defendant(s): ROBERT M. GERSTEIN

**NATURE OF PROCEEDINGS:** Hearing on Application for Order for Appearance and
Examination; Hearing on Request for Court Order

The matters are called for hearing.

Pursuant to the request of plaintiff, the Hearing on Application for Order for Appearance and
Examination is placed off calendar.

The Court has read and considered plaintiff's Request for Court Order and Answer filed April 9,
2019.

The Court hears oral argument.

After consideration and hearing oral argument, the Court grants plaintiff's Request for Court
Order and Answer filed April 9, 2019 as follows:

Effective upon service of the order, defendant is hereby restrained from encumbering or
assigning any rights to monies owed to you by Verify Health, DCMI, LLC, Sonoran Desert
Pathology Associates and First Choice Doctors Medical Group until the judgment in this case,
including any costs merged by the clerk into the judgment in this case, is paid in full.

Effective 9/1/19, defendant is hereby restrained from disposing or spending 20% of your interest
in monies owed to you by Verify Health, DCMI, LLC, Sonoran Desert Pathology Associates and
First Choice Doctors Medical Group until the judgment in this case, including any costs merged
by the clerk into the judgment in this case, is paid in full.

Effective Sept. 1, 2019, Verify Health; DCMI, LLC; Sonoran Desert Pathology Associates; *and*

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**Civil Division**

Northwest District, Van Nuys Courthouse East, Department T

**14V03182**                                                    July 12, 2019
**HIMES, GREG vs GERSTEIN, ROBERT M.**                          9:50 AM

| | |
|---|---|
| Judge: Honorable Shirley K. Watkins | CSR: Electronically Recorded |
| Judicial Assistant: V. Aparicio | ERM: None |
| Courtroom Assistant: F. Rodriguez | Deputy Sheriff: None |

First Choice Doctors Medical Group are hereby ordered to deduct 20% of all monies due and payable to Robert M. Gerstein and, instead, to assign and pay those funds by check or money order to Greg Himes dba CHL Design Group at 7108 Katella Ave., #515, Stanton, CA 90680.

The order concerns a judgment which is owed by Robert M. Gerstein to Greg Himes dba CHL Design Group. Payment is to continue until advised in writing by Greg Himes that the payments are concluded.

Plaintiff is ordered to immediately notify Verify Health; DCMI, LLC; Sonoran Desert Pathology Associates; and First Choice Doctors Medical Group to cease the assignment when the judgment of $7,145.00 plus any costs ordered by the court to be merged into the judgment are received in full from any source. The order specifically does not apply to any other judgment or any other settlement agreement in excess of the judgment. Any monies collected in excess of the amount of the judgment plus costs ordered by the court to merge with the judgment shall be immediately refunded to Robert M. Gerstein at 25580 Prado De Las Bellotas, Calabasas, CA 91302.

The Court will be prepare and issue the assignment orders and restraining order.

LATER:

Order Assignment Order to Sonoran Desert Pathology Associates; Order Assignment Order to Verify Health; Order Assignment Order to First Choice Doctors Medical Group; Order Assignment Order to DCMI, LLC; and Order Post-Judgment Restraining Order to Robert M. Gerstein are each signed/filed this date.

Clerk is to give notice.

Certificate of Mailing is attached.

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Van Nuys Courthouse East<br>6230 Sylmar Avenue, Van Nuys, CA 91401 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**07/12/2019**<br>Sherri R. C..., Executive Officer / Clerk of Court<br>By: _____ , Deputy<br>Vanessa Aparicio |
| PLAINTIFF/PETITIONER:<br>GREG HIMES | |
| DEFENDANT/RESPONDENT:<br>ROBERT M. GERSTEIN | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>14V03182 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Hearing on Application for Order for Appearance and Examinati...) of 07/12/2019, Order Assignment Order to Sonoran Desert Pathology Associates; Order Assignment Order to Verify Health; Order Assignment Order to First Choice Doctors Medical Group; Order Assignment Order to DCMI, LLC; and Order Post-Judgment Restraining Order to Robert M. Gerstein, each filed 7-15-19 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Van Nuys, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

ROBERT M. GERSTEIN
25580 PRADO DE LAS BELLOTAS
CALABASAS, CA  91302

✓ GREG HIMES
7108 KATELLA AVE #515
STANTON, CA  90680

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: <u>07/15/2019</u>

By: <u>Vanessa Aparicio</u>
Deputy Clerk

Exhibit 2 - page 3 of 8
CERTIFICATE OF MAILING

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES- VAN NUYS COURTHOUSE – DEPARTMENT T

**FILED**
Superior Court of California
County of Los Angeles

**JUL 1 2 2019**

Sherri R. Carter, Executive Officer/Clerk
By _____ , Deputy
Vanessa Aparicio

| | |
|---|---|
| **GREG HIMES DBA CHL DESIGN, GROUP,**<br>        Plaintiff, | Case No. 14V03182<br><br>POST-JUDGMENT<br>RESTRAINING ORDER TO ROBERT M.<br>GERSTEIN |
| v. | |
| **ROBERT M. GERSTEIN,**<br>        Defendant. | |

**To:  Robert M. Gerstein**

Effective upon service, you are hereby restrained from encumbering or assigning any rights to monies owed to you by Verify Health, DCMI, LLC, Sonoran Desert Pathology Associates and First Choice Doctors Medical Group until the judgment in this case, including any costs merged by the clerk into the judgment in this case, is paid in full.

Effective 9/1/19, you are hereby restrained from disposing or spending 20% of your interest in monies owed to you by Verify Health, DCMI, LLC, Sonoran Desert Pathology Associates and First Choice Doctors Medical Group until the judgment in this case, including any costs merged by the clerk into the judgment in this case, is paid in full.

**CLERK OF THE COURT TO GIVE NOTICE.**

Dated: 7/12/19                    _____

SHIRLEY K. WATKINS, JUDGE OF THE SUPERIOR COURT

1

Exhibit 2 - page 4 of 8

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES- VAN NUYS COURTHOUSE – *DEPARTMENT T*

**FILED**
Superior Court of California
County of Los Angeles

**JUL 1 2 2019**

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Vanessa Aparicio

**GREG HIMES DBA CHL DESIGN,
GROUP,**
      Plaintiff,

Case No. 14V03182

ASSIGNMENT ORDER TO
VERIFY HEALTH

v.

**ROBERT M. GERSTEIN,**
      Defendant.

---

**To: VERIFY HEALTH**

Effective Sept. 1, 2019, you are hereby ordered to deduct 20% of all monies due and payable to Robert M. Gerstein and, instead, to assign and pay those funds by check or money order to Greg Himes dba CHL Design Group at 7108 Katella Ave., #515, Stanton, CA 90680.

This order concerns a judgment which is owed by Robert M. Gerstein to Greg Himes dba CHL Design Group. Payment is to continue until advised in writing by Greg Himes that the payments are concluded.

Greg Himes is ordered to immediately notify Verify Health to cease the assignment when the judgment of $7,145.00 plus any costs ordered by the court to be merged into the judgment are received in full from any source. This order specifically does not apply to any other judgment or any other settlement agreement in excess of the judgment. Any monies collected in excess of the amount of the judgment plus costs ordered by the court to merge with the judgment shall be immediately refunded to Robert M. Gerstein at 25580 Prado De Las Bellotas, Calabasas, CA 91302.

**CLERK OF THE COURT TO GIVE NOTICE.**
**ORDER TO BE SERVED BY PLAINTIFF ON VERIFY HEALTH BY PERSONAL SERVICE.**
Dated: 7/12/19

_____
SHIRLEY K. WATKINS, JUDGE OF THE SUPERIOR COURT

1

Exhibit 2 - page 5 of 8

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES- VAN NUYS COURTHOUSE – *DEPARTMENT T*

**FILED**
Superior Court of California
County of Los Angeles

**JUL 1 2 2019**

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Vanessa Aparicio

**GREG HIMES DBA CHL DESIGN, GROUP,**
    Plaintiff,

Case No. 14V03182

ASSIGNMENT ORDER TO
DCMI, LLC

v.

**ROBERT M. GERSTEIN,**
    Defendant.

---

**To: DCMI, LLC**

Effective Sept. 1, 2019, you are hereby ordered to deduct 20% of all monies due and payable to Robert M. Gerstein and, instead, to assign and pay those funds by check or money order to Greg Himes dba CHL Design Group at 7108 Katella Ave., #515, Stanton, CA 90680.

This order concerns a judgment which is owed by Robert M. Gerstein to Greg Himes dba CHL Design Group.  Payment is to continue until advised in writing by Greg Himes that the payments are concluded.

Greg Himes is ordered to immediately notify DCMI, LLC to cease the assignment when the judgment of $7,145.00 plus any costs ordered by the court to be merged into the judgment are received in full from any source.  This order specifically does not apply to any other judgment or any other settlement agreement in excess of the judgment.  Any monies collected in excess of the amount of the judgment plus costs ordered by the court to merge with the judgment shall be immediately refunded to Robert M. Gerstein at 25580 Prado De Las Bellotas, Calabasas, CA 91302.

**CLERK OF THE COURT TO GIVE NOTICE.**
**ORDER TO BE SERVED BY PLAINTIFF ON DCMI, LLC BY PERSONAL SERVICE.**
Dated: 7/12/19

_____
SHIRLEY K. WATKINS, JUDGE OF THE SUPERIOR COURT

1

Exhibit 2 - page 6 of 8

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES- VAN NUYS COURTHOUSE – DEPARTMENT T

**FILED**
Superior Court of California
County of Los Angeles

**JUL 1 2 2019**

Sherri R. Carter, Executive Officer/Cle
By_____, Deputy
Vanessa Aparicio

**GREG HIMES DBA CHL DESIGN, GROUP,**
    Plaintiff,

v.

**ROBERT M. GERSTEIN,**
    Defendant.

Case No. 14V03182

ASSIGNMENT ORDER TO
Sonoran Desert Pathology Associates

---

**To: Sonoran Desert Pathology Associates**

Effective Sept. 1, 2019, you are hereby ordered to deduct 20% of all monies due and payable to Robert M. Gerstein and, instead, to assign and pay those funds by check or money order to Greg Himes dba CHL Design Group at 7108 Katella Ave., #515, Stanton, CA 90680.

This order concerns a judgment which is owed by Robert M. Gerstein to Greg Himes dba CHL Design Group. Payment is to continue until advised in writing by Greg Himes that the payments are concluded.

Greg Himes is ordered to immediately notify Sonoran Desert Pathology Associates to cease the assignment when the judgment of $7,145.00 plus any costs ordered by the court to be merged into the judgment are received in full from any source. This order specifically does not apply to any other judgment or any other settlement agreement in excess of the judgment. Any monies collected in excess of the amount of the judgment plus costs ordered by the court to merge with the judgment shall be immediately refunded to Robert M. Gerstein at 25580 Prado De Las Bellotas, Calabasas, CA 91302.

**CLERK OF THE COURT TO GIVE NOTICE. ORDER TO BE SERVED BY PLAINTIFF ON Sonoran Desert Pathology Associates BY PERSONAL SERVICE.**
Dated: 7/12/19

_____
SHIRLEY K. WATKINS, JUDGE OF THE SUPERIOR COURT

1

Exhibit 2 - page 7 of 8

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES- VAN NUYS COURTHOUSE – *DEPARTMENT T*

**FILED**
Superior Court of California
County of Los Angeles

**JUL 1 2 2019**

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Vanessa Aparicio

**GREG HIMES DBA CHL DESIGN, GROUP,**
· Plaintiff,

Case No. 14V03182

ASSIGNMENT ORDER TO
First Choice Doctors Medical Group

v.

**ROBERT M. GERSTEIN,**
Defendant.

_____

**To: First Choice Doctors Medical Group**

Effective Sept. 1, 2019, you are hereby ordered to deduct 20% of all monies due and payable to Robert M. Gerstein and, instead, to assign and pay those funds by check or money order to Greg Himes dba CHL Design Group at 7108 Katella Ave., #515, Stanton, CA 90680.

This order concerns a judgment which is owed by Robert M. Gerstein to Greg Himes dba CHL Design Group. Payment is to continue until advised in writing by Greg Himes that the payments are concluded.

Greg Himes is ordered to immediately notify First Choice Doctors Medical Group to cease the assignment when the judgment of $7,145.00 plus any costs ordered by the court to be merged into the judgment are received in full from any source. This order specifically does not apply to any other judgment or any other settlement agreement in excess of the judgment. Any monies collected in excess of the amount of the judgment plus costs ordered by the court to merge with the judgment shall be immediately refunded to Robert M. Gerstein at 25580 Prado De Las Bellotas, Calabasas, CA 91302.

**CLERK OF THE COURT TO GIVE NOTICE. ORDER TO BE SERVED BY PLAINTIFF ON First Choice Doctors Medical Group BY PERSONAL SERVICE.**
Dated: 7/12/19

_____
SHIRLEY K. WATKINS, JUDGE OF THE SUPERIOR COURT

1

Exhibit 2 - page 8 of 8