1  TODD A. FREALY (SBN 198780)
   CARMELA T. PAGAY (SBN 195603)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, CA 90067
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
   Email: taf@lnbyb.com; ctp@lnbyb.com
5
   (Proposed) Attorneys for Amy L. Goldman
6  Chapter 7 Trustee

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SAN FERNANDO VALLEY DIVISION**

11  In re                                    Case No. 1:19-bk-12082-VK

12  ROBERT M. GERSTEIN,                      Chapter 7

13                                           **CHAPTER 7 TRUSTEE'S**
                  Debtor.                    **OPPOSITION TO MOTION FOR**
14                                           **RELIEF FROM THE AUTOMATIC**
                                             **STAY UNDER 11 U.S.C. § 362 (ACTION**
15                                           **IN NONBANKRUTPCY FORUM)**

16                                           Date:  October 2, 2019
                                             Time:  9:30 a.m.
17                                           Place: Courtroom 301
                                                    U.S. Bankruptcy Court
18                                                  21041 Burbank Boulevard
                                                    Woodland Hills, CA 91367
19

20

21  **TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY**

22  **JUDGE, AND MOVANT**:

23        Amy L. Goldman, the chapter 7 trustee (the "Trustee") for the estate of Robert M.

24  Gerstein (the "Debtor"), respectfully submits this opposition to the Motion for Relief from the

25  Automatic Stay Under 11 U.S.C. § 362 (Action in Nonbankruptcy Forum) (the "Stay Relief

26  Motion") filed by Greg Himes ("Movant") [Doc 26] as follows:

27        1.    The Debtor commenced his case by the filing of a voluntary chapter 7 petition

28  on August 20, 2019 (the "Petition Date") [Doc 1].

                                            1

1    2.    Movant asserts in the Stay Relief Motion that he is a plaintiff in several

2  nonbankruptcy actions filed against the Debtor in the Los Angeles County Superior Court –

3  Northwest District, Case Nos. 14V03182, 13V02035, 13V02353, and 14V11206 (hereinafter,

4  collectively, the "State Court Actions").

5    3.    The Stay Relief Motion reflects that Movant had already obtained judgments in

6  Case Nos. 14V03182, 13V02035, 13V02353 (see pgs. 6, 13, and 20 of Exhibit 1 to the Stay

7  Relief Motion) and had dismissed Case No. 14V11206 (see pg. 29 of Exhibit 1 to the Stay

8  Relief Motion) prior to the Petition Date.

9    4.    Nonetheless, the Stay Relief Motion asserts that relief from stay is necessary

10  because the "Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy

11  forum." See Stay Relief Motion, p. 7, ¶ 5.d. This is clearly inapplicable here as judgments

12  have already been obtained as to the State Court Actions that have not been dismissed.

13    5.    The other purported grounds for relief specified on page 9 of the Stay Relief

14  Motion are inapplicable as well, as Movant fails to provide any evidence of the purported

15  Assignment and Restraining orders issued by the state court that he is seeking to enforce. Even

16  if he provided such evidence, Movant has not demonstrated cause for relief from the automatic

17  stay that would allow Movant to enforce any state court orders against the Debtor and property

18  of the bankruptcy estate, which are now within the exclusive jurisdiction of this Court. In fact,

19  the Stay Relief Motion is silent as to what specific remedy Movant intends to pursue assuming

20  he obtained relief from the automatic stay.

21    6.    At best, Movant is a creditor of the estate and any of his claims can be paid

22  through the bankruptcy claims process or through the Trustee's liquidation of any of the

23  Debtor's assets against which Movant purportedly has a lien.

24  ///

25  ///

26  ///

27  ///

28  ///

1      **Based upon the foregoing, the Trustee respectfully requests that the Stay Relief**

2 **Motion be denied in its entirety**.

3 DATED: September 18, 2019            LEVENE, NEALE, BENDER, YOO & BRILL
                                         L.L.P.

4

5                                       By:*/s/ Carmela T. Pagay*
                                               TODD A. FREALY

6                                             CARMELA T. PAGAY
                              (Proposed) Attorneys for Amy L. Goldman

7                                                 Chapter 7 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUTPCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 18, 2019**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- John D Faucher    jdf@johndfaucher.com, FaucherECF@gmail.com
- Amy L Goldman (TR)    marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com
- Sabari Mukherjee    notices@becket-lee.com
- Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- Carmela Pagay    ctp@lnbyb.com
- Edward A Treder    cdcaecf@bdfgroup.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **September 18, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Robert M. Gerstein
25580 Prado de las Bellotas
Calabasas, CA 91302-3632

Movant
Greg Himes
7108 Katella Avenue, #515
Stanton, CA 90680

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 18, 2019   Megan Wertz | /s/ Megan Wertz |
|---|---|
| *Date*              *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**